JEFFREY L. HAWKINS, *Pro Hac Vice*
Jeffrey.hawkins@hawkinsstetson.com
HAWKINS & STETSON, P.C.
245 Park Avenue, 39th Floor
New York, NY 10167
Tel: (860) 748-2159
Fax: (888) 908-5236

Attorneys for Defendants
S&P TRADING, INC., and
PEARL CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTERBOX PRODUCTS, LLC, a Colorado Limited Liability Corporation<br><br>Plaintiff,<br><br>vs.<br><br>S & P TRADING, INC., a New York Corporation; PEARL CHEN, an Individual; and DOES 1-10, Inclusive<br><br>Defendants. | CASE NO.: CV12-4209-PA (JEMx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Date: August 27, 2012<br>Time: 1:30pm<br>Room: Hon. Percy Anderson |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 27, 2012, at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Percy Anderson, at the above-captioned Court, located at 312 North Spring Street, Room 15, Los Angeles, California, Defendants Pearl Chen and S&P Trading will, and hereby do move for the Court to dismiss all causes of action alleged as against them in the Complaint, without leave to amend and with prejudice, and to dismiss these Defendants from this action, or, in the alternative, to transfer venue to the United States District Court for the Eastern District of New York.

This Motion is brought on the following grounds:

1. The Court lacks personal jurisdiction over Defendants because they are residents of New York, do not have substantial, continuous and systematic contacts with California, and Plaintiff cannot allege any forum-related act by Defendants that gave rise to Plaintiff's claims

2. Venue in the United States District Court for the Central District of California (CDCA) is improper, and should be transferred to the United States District Court for the Eastern District of New York (EDNY), because venue is proper in the EDNY, this case could have been brought in the EDNY initially, and such transfer will serve the convenience of all parties and witnesses, and promote the interests of justice.

Defendants request dismissal of the Complaint against them, without leave to amend and with prejudice, because Plaintiff cannot allege any additional facts that would cure the deficiencies.

This Motion is based upon this Notice of Motion and Motion to Dismiss or Transfer Venue, the attached Memorandum of Points and Authorities in support thereof, the Declaration of Pearl Chen, and the [Proposed] Order filed concurrently herewith, all papers and pleadings in the Court's file, any matter of which the Court may take judicial notice, and such oral argument as may be made at the hearing on this Motion.

## LOCAL RULE 7-3 STATEMENT

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on Monday, July 16, 2012. Counsel for Defendants, Jeffrey L. Hawkins, Pro Hac Vice, sent Plaintiff's counsel, Ani Sakalian, an email inviting Plaintiff's counsel to discuss the issues in the current Motion over the telephone on July 16, 2012. Mr. Hawkins and Ms. Sakalian conducted a phone call at approximately 4:15p.m. (PST), but were unable to resolve the matters at issue.

The following day, on July 17, 2012, Ms. Sakalian sent Mr. Hawkins an email with an attached letter stating that said letter was her response to the parties 7-3 Conference. The letter detailed that on June 5, 2012 Plaintiff requested a full and complete accounting of Defendants' purchases and sales of the products at issue in the instant litigation, "in order to move towards amicable settlement and ultimate resolution of this matter." While such request was made, Defendants' in no way represented that they would be moving towards a settlement this early in the litigation, nor would they be providing any such accounting, and requested that a stipulation to extend time to respond be executed without language that Plaintiff proposed in the initial stipulation, regarding settlement. Such language was removed and that stipulation was filed on June 14, 2012. It should also be noted that, at no time during the 7-3 Conference on July 16, 2012, did Plaintiff's counsel mention any of the issues raised in the above-stated letter.

Dated: July 23, 2012

                      **HAWKINS & STETSON, P.C.**

                      By: _____
                      JEFFREY L. HAWKINS,
                      *Pro Hac Vice*
                      Attorneys for Defendants
                      S & P TRADING, INC. and
                      PEARL CHEN
                      245 Park Avenue, 39th Floor
                      New York, NY 10167

HAWKINS & STETSON, .P.C.
245 PARK AVENUE ■ NEW YORK, NEW YORK 10167 ■ TELEPHONE: 212-792-4295 ■ FAX: 888-908-5236 ■ WWW.HAWKINSSTETSON.COM

4
NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION OR IN THE ALTERNATIVE TO TRANSFER VENUE