# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4209 PA (JEMx) | Date | August 20, 2012 |
|----------|----------------------|------|-----------------|
| Title | Otterbox Products, LLC v. S & P Trading, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|------------------------|-----------------------------------------------|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| None | None |

**Proceedings:**       IN CHAMBERS

Before the Court is a Motion to Dismiss for Lack of Personal Jurisdiction filed by defendants S & P Trading, Inc. and Pearl Chen ("Defendants") (Docket Nos. 13 & 18). In light of the factual disputes raised by Defendants' Motion and the Opposition filed by plaintiff Otterbox Products LLC ("Plaintiff"), the Court concludes that Plaintiff should have an opportunity to conduct jurisdictional discovery on all issues raised in the Motion to Dismiss. The Court therefore continues the hearing on Defendants' Motion, currently calendared for August 27, 2012, to October 29, 2012. Plaintiff may file a Supplemental Opposition to Defendants' Motion no later than October 8, 2012. Defendants' Supplemental Reply, if any, shall be filed by October 15, 2012.

IT IS SO ORDERED.